# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00099-CV

### In re Robert Lee Martin

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Robert Lee Martin filed a petition for writ of mandamus, complaining that the trial court has not ruled on three post-conviction motions. *See* Tex. R. App. P. 52.8. Having reviewed the petition, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed: March 13, 2015